UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

FLIGHTMATIC, INC.                           Case No. 08-15084-SSM
                                            Chapter 7

      Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $0.16 representing small dividend to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name Acct. No. and Address | Claim No. | Amount of Dividend |
|---|---|---|
| County of Loudoun, VA Attn: Belkys Escobar, Asst Co Atty POB 7000 (MSC #06) Leesburg, VA 20177-7000 | 1 | $0.16 |

Dated:  12/15/2009                    /s/ ROBERT O. TYLER
                                      ROBERT O. TYLER, Chapter 7 Trustee
                                      TYLER BARTL RAMSDELL & COUNTS, PLC
                                      700 S. Washington Street, Suite 216
                                      Alexandria, Virginia 22314
\                                     (703) 549-5000